UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **DARLENE D. RYAN** | **CASE NO. 2:25-CV-01036** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **LISA BROUSSARD ET AL** | **MAGISTRATE JUDGE LEBLANC** |

## JUDGMENT

Before the court is a Report and Recommendation [Doc. 3] of the Magistrate Judge, recommending that this matter be dismissed pursuant to Federal Rule of Civil Procedure 12(h)(3) for lack of subject matter jurisdiction and that Plaintiff's Motion for Leave for Proceed *in forma pauperis* [doc. 2] be denied as moot.

The Report and Recommendation of the Magistrate Judge having been considered, and determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that this matter be **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 12(h)(3) as this Court lacks subject matter jurisdiction over this action.

**IT IS FUTHER ORDERED** that Plaintiff's Motion to Proceed *in forma pauperis* [doc. 2] is **DENIED AS MOOT**.

**THUS DONE AND SIGNED** in Chambers on this 3rd day of November, 2025.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**